In the Matter of the Presentment by the Grand Jury for the Extraordinary Special and Trial Term of the Supreme Court, Kings County, and the Members Thereof as Such Grand Jurors and as Individuals and Taxpayers of the City of New York, County of Kings, of Charges of Alleged Professional Misconduct, Fraud, Deceit and Conduct Prejudicial to the Administration of Justice against JOSEPH A. ESQUIROL, an Attorney and Counselor at Law, Respondent.— Matter referred to Hon. Leander B. Faber, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

In the Matter of the Application of WECKSTEIN & WECKSTEIN to Fix and Determine Their Fees and Disbursements as Attorneys for SAMUEL KOHN, as Administrator, etc., of MARK J. KALASHEN, Deceased, Pursuant to Section 231-a of the Surrogate's Court Act. SAMUEL KOHN, as Administrator, etc., of MARK J. KALASHEN, Deceased, Appellant; WECKSTEIN & WECKSTEIN, Attorneys, Respondents; LOUIS KOHN, as Administrator, etc., of MARK J. KALASHEN, Deceased, Respondent.— Motion referred to the court that rendered the decision. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ. Motion for reargument granted. On reargument, the decision of this court dated June 1, 1942 [ante, p. 861], is amended to read as follows: Proceeding to fix and determine fees of attorneys. Decree of the Kings County Surrogate's Court unanimously affirmed, with costs to respondents Weckstein & Weckstein, payable by the administrator, Samuel Kohn, personally. No opinion. Order resettled accordingly. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

In the Matter of the Application of MORRIS KAUFMAN, Appellant, for an Order under Article 78 of the Civil Practice Act, etc., against the BOARD OF APPEALS OF THE CITY OF GLEN COVE, Consisting of HERBERT S. BOWNE, Chairman, and Others, Respondents. SAMUEL GERSHOWITZ and Others, Intervenors, Respondents.— An examination of the record discloses that there is no merit to this appeal. The appeal, however, must be dismissed because it is academic. The right to review the hearing before the board of appeals did not survive the new hearing on the same subject-matter by that board and the decision thereon. Even if the parties stipulated to go through with such a new hearing without prejudice to a review of the determination on the prior hearing it does not appear that an enforcible stipulation to that effect was made by the parties. On the contrary, it appears that such a stipulation was not made. Motion to dismiss appeal herein granted, without costs, and appeal dismissed, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Application of WILLIS R. LEENHOUTS for Admission to Practice as an Attorney and Counselor at Law. (From the State of Michigan.) — Application granted. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of FRANCIS J. NICOSIA, an Attorney and Counselor at Law, Respondent.— Matter referred to Hon. Leander B. Faber, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty. Carswell. Johnston and Adel, JJ.

In the Matter of the Application of LEONARD A. SPALDING, JR., for Admission to Practice as an Attorney and Counselor at Law. (From the District of Columbia.) — Application granted. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.